FILED
SEP 19 2024
CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| Plaintiff, ) ) | **1:24 CR 00346** |
| v. ) | CASE NO. _____ |
| ) | Title 18, United States Code, |
| CHRISTOPHER RODGERS, ) | Section §§ 922(a)(6), 924(a)(2), |
| SHANTELL LAWSHEA, ) | 922(g)(1), and 924(a)(8) |
| ) | |
| Defendants. ) | **JUDGE BARKER** |

<u>COUNT 1</u>

(Making a False Statement in Acquisition of Firearms, 18 U.S.C. §§ 922(a)(6) and 924(a)(2))

The Grand Jury charges:

From on or about February 21, 2024, to February 29, 2024, in the Northern District of Ohio, Eastern Division, Defendant SHANTELL LAWSHEA, in connection with the acquisition of a firearm, to wit: a Taurus, model 605, .357 revolver, serial number AEJ696092, from Parma Armory, 5301 Hauserman Road, Parma, Ohio, a federally licensed dealer of firearms, did knowingly make and caused to be made false and fictitious statements, intended and likely to deceive said dealer with respect to facts material to the lawfulness of the sale and acquisition of said firearms under provisions of Chapter 44, Title 18 of the United States Code, in that SHANTELL LAWSHEA, did knowingly state and represent on Federal Firearms Transaction Records, those are, ATF Forms 4473, that SHANTELL LAWSHEA was the actual buyer of said firearms, when in fact, she was not the actual buyer of the firearms, in violation of Title 18, United States Code, Sections 922(a)(6).

COUNT 2

(Making a False Statement in Acquisition of Firearms, 18 U.S.C. §§ 922(a)(6) and 924(a)(2))

The Grand Jury further charges:

On or about March 7, 2024, in the Northern District of Ohio, Eastern Division, Defendant SHANTELL LAWSHEA, in connection with the acquisition of a firearm, to wit: a Tisas, Model 1911, .45 caliber, semi-automatic firearm, serial number T0620-23Z44298, from Fin Feather and Fur Outfitters – Middleburg Heights, 18030 Bagley Road, Middleburg Heights, Ohio, a federally licensed dealer of firearms, did knowingly make and caused to be made false and fictitious statements, intended and likely to deceive said dealer with respect to facts material to the lawfulness of the sale and acquisition of said firearms under provisions of Chapter 44, Title 18 of the United States Code, in that SHANTELL LAWSHEA, did knowingly state and represent on Federal Firearms Transaction Records, those are, ATF Forms 4473, that SHANTELL LAWSHEA was the actual buyer of said firearms, when in fact, she was not the actual buyer of the firearms, in violation of Title 18, United States Code, Sections 922(a)(6).

COUNT 3

(Felon in Possession of a Firearm, 18, U.S.C. § § 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

On or about February 29, 2024, in the Northern District of Ohio, Eastern Division, Defendant CHRISTOPHER RODGERS, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Robbery, on or about December 11, 1990, in case number CR-90-251318, in the Cuyahoga County Court of Common Pleas; Robbery, on or about December 20, 2005, in case number CR-04-458274, in the Cuyahoga County Court of Common Pleas, did knowingly possess in and affecting interstate

commerce a firearm, to wit: a Taurus, model 605, .357 revolver, serial number AEJ696092, said firearm have been shipped and transported in interstate commerce in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 4

(Felon in Possession of Ammunition, 18, U.S.C. § § 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

On or about March 7, 2024, in the Northern District of Ohio, Eastern Division, Defendant CHRISTOPHER RODGERS, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Robbery, on or about December 11, 1990, in case number CR-90-251318, in the Cuyahoga County Court of Common Pleas; Robbery, on or about December 20, 2005, in case number CR-04-458274, in the Cuyahoga County Court of Common Pleas, did knowingly possess in and affecting interstate commerce ammunition, to wit: twenty rounds of High Terminal Performance Hollow Point Remington .357 caliber, said ammunition have been shipped and transported in interstate commerce in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

4. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 through 4 are incorporated herein by reference. As a result of foregoing offenses, Defendants CHRISTOPHER RODGERS and SHANTELL LAWSHEA shall forfeit to the United States, any and all firearms and ammunition involved in or used in the commission of the offenses charged herein.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.